AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Juan Gabriel Bautista Vargas | ) | Case No. |
| | ) | 21-MJ-2057-MBB |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 4, 2021__ in the county of __Suffolk__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) &(b)(1)(A)(vi) | Possession with intent to distribute 400 or more grams of fentanyl |

This criminal complaint is based on these facts:

See attached affidavit of DEA Special Agent Adalberto Garcia

☑ Continued on the attached sheet.

*Complainant's signature*

Adalberto Garcia, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/05/2021

City and state: Brookline, Massachusetts

HON. MARIANNE B. BOWLER
United States Magistrate Judge